UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID NELSON a.k.a IBN LEE, | : | |
|     Petitioner, | : | Case No. 3:11-CV-1770(JCH) |
| | : | |
| v. | : | |
| | : | |
| STAMFORD SUPERIOR COURT, | : | |
|     Respondent. | : | DECEMBER 30, 2011 |

## ORDER TO SHOW CAUSE

Upon the Motion pursuant to 28 U.S.C. § 2241 of Petitioner David Nelson, it is hereby ORDERED that:

The Clerk of the Court shall serve a copy of this Order, together with a copy of the Motion and any supporting papers, on Respondent's representative, Michael E. O'Hare, Supervisory Assistant State's Attorney, Office of the Chief State's Attorney, 300 Corporate Place, Rocky Hill, CT 06067. Service by mail on or before January 6, 2012 shall be deemed sufficient.

Respondent shall show cause on or before February 15, 2012, as to why the relief prayed for in the Motion should not be granted. The court suggests the Attorney General assign this matter to an Assistant Attorney General who will be able to meet this deadline, as the court does not expect to grant any extension.

Dated at Bridgeport, Connecticut, this 30th day of December, 2011.

                                                    /s/ Janet C. Hall
                                                  Janet C. Hall
                                                  United States District Judge